# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) ) |
| OJOS LOCOS SPORTS CANTINA, LLC, OJOS LOCOS SPORTS CANTINA DOS, LLC, OJOS LOCOS SPORTS CANTINA TRES, LLC, OJOS LOCOS SPORTS CANTINA CUATRO, LLC, AND REACH RESTAURANT GROUP, LLC, | ) ) ) ) ) ) ) |
| Defendants. | ) |

CIV. NO: 1:18-cv-00758-RB-LF

## JOINT MOTION FOR ENTRY OF CONSENT DECREE

The Parties, Plaintiff Equal Employment Opportunity Commission ("EEOC"), and Defendants Ojos Locos Sports Cantina, LLC, Ojos Locos Sports Cantina Dos, LLC, Ojos Locos Sports Cantina Tres, LLC, Ojos Locos Sports Cantina Cuatro, LLC, and Reach Restaurant Group, LLC, jointly move this Court to enter and approve the Consent Decree that has been lodged on this date. The fully executed Consent Decree is attached hereto as Attachment 1, and the Consent Decree will be submitted electronically on this date to the Honorable Robert C. Brack for approval. The Parties stipulate that this Consent Decree is fair, reasonable, and equitable, and does not violate the law or public policy. All parties have agreed to facsimile or electronic signatures where necessary.

DATED & RESPECTFULLY SUBMITTED:  February 11, 2019.

*/s/ Jeff A. Lee*
JEFF A. LEE
Senior Trial Attorney

LORETTA MEDINA
Supervisory Trial Attorney
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Albuquerque Area Office
505 Marquette Ave., NW, Suite 900
Albuquerque, NM 87124
Telephone: (505) 738-6723
E-Mail: jeff.lee@eeoc.gov
E-Mail: loretta.medina@eeoc.gov

ATTORNEYS FOR EEOC

APPROVED BY:

/s/ *Meredith Cavallaro*
(*Signed with permission of defense counsel*)
Meredith Cavallaro
Courtney Fain
PADUANO & WEINTRAUB LLP
1251 Avenue of the Americas
Ninth Floor
New York, New York 10020
mcavallaro@pwlawyers.com
cf@pwlawyers.com


Danny W. Jarrett
Andrea K. Robeda
JACKSON LEWIS P.C.
800 Lomas Blvd. NW, Suite 200
Albuquerque, NM 87102
Danny.Jarrett@jacksonlewis.com
Andrea.Robeda@jacksonlewis.com


For Defendants.

## CERTIFICATE OF SERVICE

      I hereby certify that on this _11th_ day of February 2019, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing. All counsel of record are registrants and are therefore served via this filing and transmittal.

    Meredith Cavallaro
    Courtney Fain
    PADUANO & WEINTRAUB LLP
    1251 Avenue of the Americas
    Ninth Floor
    New York, New York 10020
    mcavallaro@pwlawyers.com
    cf@pwlawyers.com

    Danny W. Jarrett
    Andrea K. Robeda
    JACKSON LEWIS P.C.
    800 Lomas Blvd. NW, Suite 200
    Albuquerque, NM 87102
    Danny.Jarrett@jacksonlewis.com
    Andrea.Robeda@jacksonlewis.com

    Attorneys for Defendants.

                                        /s/ *Jeff A. Lee*
                                        JEFF A. LEE